**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

DANIEL ZAMORA AND CGC INC

(List the name (s) of the plaintiff (s) petitioner (s))

**Case: CIV 1:14 CV (53) (44)**

**AFFIRMATION OF SERVICE**

-AGAINST-

JAIRO ENRIQUE SANCHEZ

(List the name (s) of the defendant (s) respondent (s))

I *(print your name)* MYRIAM CAMPOS VELA , declare under penalty of perjury that I served a copy of the attached *(list the names of the document you served)*: (1) Complete copy of complaint case 1:14 CV 05344 whp; (2) copy of individual practices judge William H. Paueley III, (3) Individual Practices Civil Cases – Sara Netburn – United States Magistrate Judge, (4) original of Summons. upon all other parties in this case *(state how you served the documents, for example hand delivery, mail, overnight express)*: hand delivery and affix at the entrance of their actual legal domicile and later at the following day I sent the same documents by CERTIFIED MAIL to the following person *(list the names and addresses of the people you served)* : JAIRO ENRIQUE SANCHEZ at CALLE 140 No. 6-10, APARTAMENTO 501 MONTELOMA TORRE 6 EDIFICIO MONTELOMA PH, BOGOTA DC (COLOMBIA) on the 17th of October 2014.

6TH of November 2014

DATED

SIGNATURE

ADDRESS:   CARRERA 19B 84-60, BOGOTA (COLOMBIA)

TELEPHONE NUMBER   +57 1 5300205

E-MAIL ADDRESS:   myriamcv8@hotmail.com