UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

DANIEL ZAMORA AND CGC INC

(List the name (s) of the plaintiff (s) petitioner (s))

Case: CIV 1:14 CV (53) (44)

AFFIRMATION OF SERVICE

-AGAINST-

FIT INTERNATIONAL GROUP CORP

(List the name (s) of the defendant (s) respondent (s))

I *(print your name)* MYRIAM CAMPOS VELA , declare under penalty of perjury that I served a copy of the attached *(list the names of the document you served)*: (1) Complete copy of complaint case 1:14 CV 05344 whp; (2) copy of individual practices judge William H. Paueley III, (3) Individual Practices Civil Cases – Sara Netburn – United States Magistrate Judge, (4) original of Summons. upon all other parties in this case *(state how you served the documents, for example hand delivery, mail, overnight express)*: hand delivery and affix at the entrance of their actual legal domicile and later at the following day I sent the same documents by CERTIFIED MAIL to the following person *(list the names and addresses of the people you served)* : FIT INTERNATIONAL GROUP CORP. at CALLE 140 No. 6-10, APARTAMENTO 501 MONTELOMA TORRE 6 EDIFICIO MONTELOMA PH, BOGOTA DC (COLOMBIA) on the 17th of October 2014.

6TH of November 2014

DATED

*[signature]*

SIGNATURE

ADDRESS:     CARRERA 19B 84-60, BOGOTA (COLOMBIA)

TELEPHONE NUMBER  +57 1 5300205

E-MAIL ADDRESS:  myriamcv8@hotmail.com

Form 10 - AFFIDAVIT OF MAILING ONLY

ida

**DAVID BELLON ATTORNEY AT LAW**  DAVID BELLON ATTORNEY AT LAW
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
------------------------------------------------------------
DANIEL ZAMORA, ETANO

                                            PLAINTIFF

                - vs -

FIT INTERNATIONAL GROUP CORP

                                           DEFENDANT
------------------------------------------------------------

index No. 14:CV:5344
Date Filed

Office No.
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**SARA BAER** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on **06th day of November, 2014** at a regular postal depository maintained by the United States at Church Street Station, New York, New York, Deponent mailed the copy of

**SUMMONS AND COMPLAINT, , , , ,**

**to FIT INTERNATIONAL GROUP CORP**
**the DEFENDANT at**
**7300 N.W. 19TH STREET, SUITE 101**
**MIAMI, FL 33126-1222**

Copy mailed by first class mail marked PERSONAL &CONFIDENTIAL not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

Sworn to before me this
06TH day of NOVEMBER, 2014

GILLIAN MARTIN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MA6295275
Qualified in Kings County
My Commission Expires December 30, 2017

SARA BAER DCA LIC #1219598
inSync Litigation Support, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 9-DBAL-399860