# AFFIDAVIT OF SERVICE

COURT NAME: United States District Court- Southern District of New York

CASE #: 14 CV 5344

PLAINTIFF/DEFENDANT: Daniel Zamora
vs. JP Morgan Chase Bank NA

DOCUMENTS SERVED: Summons + Complaint

DATE DOCUMENTS RECEIVED BY PROCESS SERVER: 11/6/14

DATE AND TIME DOCUMENTS SERVED: 11/7/14 at 12:35pm

TYPE OF SERVICE (Personal, Corporate, Residential, etc.): Corporate

PERSON/ENTITY DOCUMENTS SERVED UPON (Include Title of person if applicable): Sharen Ream- Legal Dept.

PLACE SERVED: JP Morgan Chase Bank- 1111 Polaris Pkwy Cols, OH 43240

DESCRIPTION OF PERSON SERVED: SEX F   SKIN COLOR W   HEIGHT 5'6
WEIGHT 180   APPROX. AGE 65   HAIR COLOR Gray   GLASSES No

NAME OF PROCESS SERVER: Erika Cremeans

ADDRESS OF PROCESS SERVER: 2862 Johnstown Rd. Cols, OH 43219

STATE OF OHIO;
COUNTY OF FRANKLIN;

_Erika Cremeans_, Public on this 7th day of November, 2014, personally appeared before me, a Notary, and being duly sworn, deposes and states that the following information on the above Affidavit of Service is true and accurate.

Erika Cremeans
AFFIANT

NOTARY PUBLIC

JEFFREY A CREMEANS - NOTARY PUBLIC
COMM. EXP. JUN 14, 2019
STATE OF OHIO