# AFFIDAVIT OF SERVICE

COURT NAME: United States District Court- Southern District of New York

CASE #: 14 CV 5344

PLAINTIFF/DEFENDANT: Daniel Zamora
vs. JP Morgan Chase Bank NA

DOCUMENTS SERVED: Summons + Complaint

DATE DOCUMENTS RECEIVED BY PROCESS SERVER: 11/6/14

DATE AND TIME DOCUMENTS SERVED: 11/7/14 at 12:35pm

TYPE OF SERVICE (Personal, Corporate, Residential, etc.): Corporate

PERSON/ENTITY DOCUMENTS SERVED UPON (Include Title of person if applicable): Sharen Ream- Legal Dept.

PLACE SERVED: JP Morgan Chase Bank- 1111 Polaris Pkwy
Cols, OH 43240

DESCRIPTION OF PERSON SERVED: SEX F   SKIN COLOR W   HEIGHT 5'6
WEIGHT 180   APPROX. AGE 65   HAIR COLOR Gray   GLASSES No

NAME OF PROCESS SERVER: Erika Cremeans

ADDRESS OF PROCESS SERVER: 2862 Johnstown Rd.
Cols, OH 43219

STATE OF OHIO;
COUNTY OF FRANKLIN;

Erika Cremeans, personally appeared before me, a Notary Public on this 7th day of November, 2014, and being duly sworn, deposes and states that the following information on the above Affidavit of Service is true and accurate.

Erika Cremeans
AFFIANT

NOTARY PUBLIC

[Seal: JEFFREY A. CREMEANS - NOTARY PUBLIC, STATE OF OHIO, COMM. EXP. JUN 14, 2019]