David Bellon, Esq.
Attorney for the Plaintiffs
48 Willoughby Street
Brooklyn NY 11201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DANIEL ZAMORA, *et ano,*                              14cv5344
                                              X
               Plaintiffs,

      -against-                          X


JPMORGAN CHASE BANK, N.A., *et al.,*     X

              Defendants
-------------------------------------------------------X

## CERTIFICATE OF SERVICE

On November 19, 2014, I forwarded a copy of the **ORDER FOR INTIAL PRETRIAL CONFERENCE** via first class mail directed to the following:

Dilia Margarita Baez
Calle 140 No. 6-10
Apartmento 501 Monteloma
Torre 6 Edicio
Monteloma PH
Bogota DC (Columbia)

Jairo Enrique Sanchez
Calle 140 No. 6-10
Apartmento 501 Monteloma
Torre 6 Edicio
Monteloma PH
Bogota DC (Columbia)

FIT INTERNATIONAL GROUP CORP
7300 N.W. 19th Street, Suite 101
Miami, FL 33126-1222

FOREX INTERNATIONAL TEAM INC.
14 Wall Street, 20th Floor
New York, NY 1005

JP Morgan Chase & Co.
Wilmerhale
Noah Levine, Esq.
7 World Trade Center
250 Greenwich Street
New York, NY 10007

JP Morgan Chase Bank
Wilmerhale
Noah Levine, Esq.
7 World Trade Center
250 Greenwich Street
New York, NY 10007

_____
David Bellon, Esq.