UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DANIEL ZAMORA and CGC, INC.,

        Plaintiffs,

     v.

JP MORGAN CHASE BANK, N.A., *et al.,*

        Defendants.

Civ. Action No. 1:14-cv-05344-WHP

**NOTICE OF APPEARANCE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that Jamie S. Dycus of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, New York 10007, hereby appears on behalf of Defendants JPMorgan Chase & Co. and JP Morgan Chase Bank, N.A.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
       November 25, 2014

Respectfully submitted,

/s/ Jamie S. Dycus
Jamie S. Dycus
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888

*Attorney for Defendants JPMorgan Chase & Co. and JP Morgan Chase Bank, N.A.*