UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| DANIEL ZAMORA and CGC, INC., | : | |
| Plaintiffs, | : | |
| v. | : | Civ. Action No. 1:14-cv-05344-WHP |
| JP MORGAN CHASE BANK, N.A., *et al.,* | : | **NOTICE OF APPEARANCE** |
| Defendants. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that Hanna A. Baek of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, New York 10007, hereby appears on behalf of Defendants JPMorgan Chase & Co. and JP Morgan Chase Bank, N.A.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
       November 25, 2014

                                                              Respectfully submitted,

                                                              /s/ Hanna A. Baek
                                                              Hanna A. Baek
                                                              Wilmer Cutler Pickering Hale and Dorr LLP
                                                              7 World Trade Center
                                                              250 Greenwich Street
                                                              New York, NY 10007
                                                              Tel: (212) 230-8800
                                                              Fax: (212) 230-8888

                                                              *Attorney for Defendants JPMorgan Chase &*
                                                              *Co. and JP Morgan Chase Bank, N.A.*