```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DANIEL ZAMORA, *et al.*,              :

        Plaintiffs,               :
                                      14cv5344
                               :

      -against-                  :   ORDER

JP MORGAN CHASE BANK, N.A., *et al.*, :

        Defendants.               :
------------------------------------X

WILLIAM H. PAULEY III, District Judge:

        It is hereby ordered that the initial pretrial conference originally scheduled for December 4, 2014 at 11:00 a.m. will now take place on December 4, 2014 at 2:00 p.m. The parties may address defendant JPMorgan Chase's proposed motion to dismiss at this time.

Dated: December 3, 2014
       New York, New York

                                  SO ORDERED:

                                  _____
                                  WILLIAM H. PAULEY III
                                  U.S.D.J.

*Counsel of Record:*

David Anthony Bellon, Esq.
157-51 26th Avenue
Flushing, NY 11354
*Counsel for Plaintiff*

Noah Levine, Esq.
Jamie Dycus, Esq.
Hanna Beck, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Counsel for Defendants JPMorgan Chase Bank & Co.
And JP Morgan Chase Bank, N.A.*