UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANIEL ZAMORA, *et al.*,

            Plaintiffs,

         14cv5344

            -against-                  ORDER

JP MORGAN CHASE BANK, N.A., *et al.*,

            Defendants.
------------------------------------------------------------X

WILLIAM H. PAULEY III, District Judge:

        The parties having appeared for a conference on December 4, 2014, the following schedule is established on consent:

1. Plaintiff shall file an amended complaint by February 4, 2015. Plaintiff is permitted one opportunity to amend its complaint;

2. Defendant JPMorgan Chase shall file its motion to dismiss by March 4, 2015;

3. Plaintiff shall file its opposition by March 25, 2015;

4. Defendant shall file its reply by April 3, 2015;

5. The parties shall appear for oral argument on April 24, 2015 at 11:00 a.m.

        Defendant JPMorgan Chase shall provide Plaintiff with two months of banking statements for the four different account statements, as agreed to by the parties.

Dated: December 9, 2014
       New York, New York

                                                  SO ORDERED:

                                                  WILLIAM H. PAULEY III
                                                        U.S.D.J.

*Counsel of Record:*

David Anthony Bellon, Esq.
157-51 26th Avenue
Flushing, NY 11354
*Counsel for Plaintiff*

Noah Levine, Esq.
Jamie Dycus, Esq.
Hanna Beck, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Counsel for Defendants JPMorgan Chase Bank & Co.
And JP Morgan Chase Bank, N.A.*