# WILMERHALE

February 4, 2015

**Jamie Dycus**

+1 212 937 7236 (t)
+1 212 230 8888 (f)
jamie.dycus@wilmerhale.com

**VIA ECF**

The Honorable William H. Pauley
U.S. District Court, Southern District of New York
500 Pearl Street, Chambers 1920
New York, NY 10007

Re:  *Zamora et al. v. JPMorgan Chase Bank USA, N.A. et al.*, No. 14 Civ. 5344

Dear Judge Pauley:

I write on behalf of defendants JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co. (collectively "Chase") in the above-referenced action.  At the initial pretrial conference held on December 4, 2014, the Court allowed plaintiffs to amend the complaint and instructed Chase to file a letter—after plaintiffs filed such amended complaint—indicating whether it intended to move to dismiss.  Chase is in receipt of the amended complaint filed on February 3, 2015 (Dkt. No. 26) and writes to inform the Court that it intends to move to dismiss.  Per the schedule set by the Court (Dkt. No. 24), Chase will file its motion to dismiss by March 4, 2015.

Respectfully submitted,

/s/ Jamie Dycus
Jamie Dycus, Esq.
Wilmer Cutler Pickering
    Hale and Dorr LLP
7 World Trade Center
250 Greenwich St.
New York, NY 10007
Tel:  (212) 230-8890
Fax:  (212) 230-8888
jamie.dycus@wilmerhale.com

*Attorney for Defendants JPMorgan Chase Bank & Co. and JPMorgan Chase Bank, N.A.*

## Certificate of Service

I hereby certify that on the 4th day of February, 2015, a copy of the letter of Defendants JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co. was filed with the Court through the CM/ECF system and served on all Filing Users. The following parties who are not Filing Users were served by mail.

Dilia Margarita Baez
Calle 140 No. 6-10
Apartamento 501 Monteloma
Torre 6 Edificio
Monteloma PH
Bogota DC (Colombia)

Jairo Enrique Sanchez
Calle 140 No. 6-10
Apartamento 501 Monteloma
Torre 6 Edificio
Monteloma PH
Bogota DC (Colombia)

FIT International Group Corp.
7300 N.W. 19th Street, Suite 101
Miami, FL 33126-1222

Forex International Team Inc.
14 Wall Street, 20th Floor
New York, NY 10005

Dated: February 4, 2015                                /s/ Jamie Dycus
                                                       Jamie Dycus