UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL ZAMORA and CGC, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> JPMORGAN CHASE BANK, N.A., JPMORGAN CHASE BANK & CO., FIT INTERNATIONAL GROUP CORP., FOREX INTERNATIONAL TEAM INC., JAIRO ENRIQUE SANCHEZ, and DILIA MARGARITA BAEZ, <br><br> Defendants. | No. 14 Civ. 5344 (WHP) <br><br> **ORAL ARGUMENT REQUESTED** |

## NOTICE OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, dated March 4, 2015, Defendants JPMorgan Chase & Co. and JP Morgan Chase Bank, N.A., by and through their undersigned counsel, will move before this Court, before the Honorable William H. Pauley III, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, NY 10007, at a time and date convenient for the Court, for an order dismissing with prejudice all claims in the Amended Complaint against the Defendants for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure. The basis for the motion is set forth in the accompanying Memorandum of Law.

Pursuant to this Court's order dated December 9, 2014 (Dkt. No. 24), Plaintiffs' opposition (if any) is due on March 25, 2015 and Defendants' reply (if any) is due on April 3, 2015.

| | |
|---|---|
| Dated: New York, New York<br>March 4, 2015 | Respectfully submitted,<br><br>/s/ Noah Levine<br><br>Noah Levine<br>Jamie S. Dycus<br>Hanna A. Baek<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 230-8800<br>Fax: (212) 230-8888<br>noah.levine@wilmerhale.com<br>jamie.dycus@wilmerhale.com<br>hanna.baek@wilmerhale.com<br><br>*Attorneys for Defendants JP Morgan Chase & Co. and JP Morgan Chase Bank, N.A.* |

## Certificate of Service

I hereby certify that on the 4th day of March 2015, a copy of the (i) foregoing Notice of Motion and (ii) Memorandum of Law in Support of the Motion to Dismiss by Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. was filed with the Court through the CM/ECF system and served on all Filing Users. The following parties who are not Filing Users were served by mail.

    Dilia Margarita Baez
    Calle 140 No. 6-10
    Apartamento 501 Monteloma
    Torre 6 Edificio
    Monteloma PH
    Bogota DC (Colombia)

    Jairo Enrique Sanchez
    Calle 140 No. 6-10
    Apartamento 501 Monteloma
    Torre 6 Edificio
    Monteloma PH
    Bogota DC (Colombia)

    FIT International Group Corp.
    7300 N.W. 19th Street, Suite 101
    Miami, FL 33126-1222

    Forex International Team Inc.
    14 Wall Street, 20th Floor
    New York, NY 10005

Dated: March 4, 2015                                                 /s/ Noah Levine
                                                                                    Noah Levine