# WILMERHALE

April 3, 2014

**Noah Levine**

+1 212 230 8875 (t)
+1 212 230 8888 (f)
noah.levine@wilmerhale.com

**Via ECF and Hand Delivery**

The Honorable William H. Pauley
U.S. District Court, Southern District of New York
500 Pearl Street, Chambers 1920
New York, NY 10007

Re:  *Zamora et al. v. JPMorgan Chase Bank USA, N.A. et al.*, No. 14 Civ. 5344

Dear Judge Pauley:

I write on behalf of Defendants JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co. (collectively "Chase") in connection with Chase's reply brief in support of its motion to dismiss the amended complaint in the above-captioned matter.  Set forth below, pursuant to the Court's Individual Practice III.F., is a list of each motion paper and memorandum filed by any party in connection with Chase's motion.

1. Notice of Defendants' Motion to Dismiss Amended Complaint.  (Dkt. No. 29.)

2. Memorandum of Law in Support of the Motion of JPMorgan Chase Bank, N.A. and JPMorgan Chase Bank & Co. to Dismiss the Amended Complaint Under Fed. R. Civ. P. 12(b)(6).  (Dkt. No. 30.)

3. Plaintiffs' Response Memorandum of Law to Defendants FRCP 12(b)(6) Motion to Dismiss the Amended Complaint.  (Dkt. No. 31.)

4. Declaration of Daniel German Zamora.  (Dkt. No. 31-1.)

5. Exhibit 1 to the Declaration of Daniel German Zamora.  (Dkt, No. 31-2.)

6. Declaration of David A. Bellon, Esq.  (Dkt. No. 31-3.)

7. Exhibit 1 to the Declaration of David A. Bellon, Esq.  (Dkt. No. 31-4.)

8. Exhibit 2 to the Declaration of David A. Bellon, Esq.  (Dkt. No. 31-5.)

9. Exhibit 3 to the Declaration of David A. Bellon, Esq.  (Dkt. No. 31-6.)

The Honorable William H. Pauley
April 3, 2014
Page 2

WILMERHALE

10. Plaintiffs' Response Memorandum of Law to Defendants' FRCP 12(b)(6) Motion to Dismiss the Amended Complaint.  (Dkt. No. 32.)

11. Reply in Support of the Motion of JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co. to Dismiss the Amended Complaint Under Fed. R. Civ. P. 12(b)(6). (Dkt. No. 33).

Respectfully submitted,

/s/ Noah Levine
Noah Levine, Esq.
Jamie Dycus, Esq.
Hanna Baek, Esq.
Wilmer Cutler Pickering
     Hale and Dorr LLP
7 World Trade Center
250 Greenwich St.
New York, NY 10007
Tel:  (212) 230-8890
Fax:  (212) 230-8888
noah.levine@wilmerhale.com
jamie.dycus@wilmerhale.com
hanna.baek@wilmerhale.com

*Attorneys for Defendants JPMorgan Chase Bank & Co. and JPMorgan Chase Bank, N.A.*