```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DANIEL ZAMORA, *et al.*,          :

                Plaintiffs,      :     14cv5344

                              :
        -against-                :     ORDER
                              :
JP MORGAN CHASE BANK, N.A., *et al.*, :

                Defendants.      :
----------------------------------------X

WILLIAM H. PAULEY III, District Judge:

        The oral argument scheduled for April 24, 2015 is adjourned and rescheduled for May 13, 2015 at 11:00 a.m.

Dated: April 10, 2015
       New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                           U.S.D.J.

*All Counsel of Record.*