**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Daniel Zamna and
CGC, Inc.                                   Plaintiff,

-against-

JP Morgan Chase
et al                                       Defendant.

14 cv 5344 (WHP)

**MOTION FOR ADMISSION**
**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern

Districts of New York, I ___David J. Stander___, hereby move this Court

for an Order for admission to practice Pro Hac Vice to appear as counsel for

___Plaintiffs___ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of ___Maryland and___

___District of Columbia___ and there are no pending disciplinary proceedings against

me in any state or federal court.

Dated: ___April 6, 2015___                    Respectfully Submitted,

___[signature]___

Applicant Signature

Applicant's Name: ___David J. Stander___

Firm Name: ___Law Office of David J. Stander LLC___

Address: ___451 Hungerford Dr., Ste. 119-493___

City / State / Zip: ___Rockville, MD 20850___

Telephone / Fax: ___(240) 643-2723___

E-Mail: ___dstanderlaw@gmail.com___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Daniel Zamuca and
CGC, Inc.

_____ Plaintiff,

-against-

JP Morgan Chase
et al

_____ Defendant.

14 cv 5344 ( WHP )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of _____David J. Stander_____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

Maryland and Dist. of Columbia ; and that his/her contact information is as follows

(please print):

Applicant's Name: ___David J. Stander___

Firm Name: ___Law Office of David J. Stander LLC___

Address: ___451 Hungerford Drive, Ste. 119-493___

City / State / Zip: ___Rockville MD 20850___

Telephone / Fax: ___(240) 643-2123___

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

_____Plaintiff_____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated:_____

_____

United States District / Magistrate Judge



### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, *JULIO A. CASTILLO*, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## DAVID JOEL STANDER

was on **NOVEMBER 16, 2012** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **April 1, 2015**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
        Deputy Clerk

# Court of Appeals
# of Maryland
### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

*STATE OF MARYLAND, ss:*

    *I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twenty-first day of June, 1984,*

### David Joel Stander

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

    **In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this first day of April, 2015.*

*Bessie M. Decker*
_____
*Clerk of the Court of Appeals of Maryland*