UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Daniel Zamora and CGC, Inc.    Plaintiff,

-against-

JP Morgan Chase et al    Defendant.

14 cv 5344 (WHP)

ORDER FOR ADMISSION
PRO HAC VICE

The motion of _David J. Stander_, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of _Maryland and Dist. of Columbia_; and that his/her contact information is as follows (please print):

Applicant's Name: David J. Stander
Firm Name: Law Office of David J. Stander LLC
Address: 451 Hungerford Drive, Ste. 119-493
City / State / Zip: Rockville MD 20850
Telephone / Fax: (240) 643-2923

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for _Plaintiff_ in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 5/13/15

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.