UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
DANIEL ZAMORA and CGC, INC.
                    Plaintiffs,

v.                                                                                    14-cv-05344

JP MORGAN CHASE BANK, N.A.,
JPMORGAN CHASE & CO.,                                   **NOTICE OF APPEAL**
FIT INTERNATIONAL GROUP CORP.,
FOREX INTERNATIONAL TEAM INC.,         :
JAIRO ENRIQUE SANCHEZ, and
DILIA MARGARITA BAEZ,
                    Defendants.
-----------------------------------------------------------------x

NOTICE OF APPEAL

Notice is hereby given that the following parties: DANIEL ZAMORA and CGC, Inc. in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the order entered on: 7/31/15 that: MEMORANDUM and ORDER granting [29] Motion to Dismiss.

Dated 8/29/15
Name Bellon, David A.
48 Willoughby Street
Brooklyn, State of New York, 11201
6746.290.0779

s/ David Anthony Bellon
David A. Bellon
DB1970
David.bellon@gmail.com

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.
Rev. 12/23/13