UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------

DANIEL ZAMORA, *et ano.*,

        Plaintiffs,

        -against-

JP MORGAN CHASE BANK, N.A., *et al.*,

        Defendants.

---------------------------------

14cv5344

ORDER

WILLIAM H. PAULEY III, District Judge:

        On September 22, 2016, this Court referred the issue of whether Plaintiffs' purported personal-service on the individual defendants—who reside in Colombia— was valid to Magistrate Judge Sarah Netburn.  On June 21, 2017, Magistrate Judge Netburn issued her Report and Recommendation (the "Report"), finding that service on the individual defendants, Dilia Margarita Baez and Jairo Enrique Sanchez, was effected pursuant to Articles 10(a) and 10(c) of the Hague Service Convention.  The Report recommended that this Court enter a default against Baez and Sanchez and refer the matter for a damages inquest.  No objections to the Report were filed.

        A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1)(C).  In reviewing a Report and Recommendation to which no objection has been lodged, a court "need only satisfy itself that there is no clear error on the face of the record."  <u>Simms v. Graham</u>, No. 09-CV-1059, 2011 WL 6072400, at *1 (S.D.N.Y. Dec. 6, 2011).

        This Court has reviewed Magistrate Judge Netburn's thorough and well-reasoned Report, and finds that it is not erroneous on its face.  <u>See</u> 28 U.S.C. § 636(b)(1)(C).

Accordingly, this Court adopts the Report in its entirety.

The Clerk of Court is directed to issue a certificate of default to Plaintiffs.

Plaintiffs may refile their motion for a default judgment by August 4, 2017.

Dated: July 10, 2017
     New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.