**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
DANIEL ZAMORA, et ano.,                          Request for Clerk's
                  Plaintiff(s)         Certificate of Default

v.                                               Civil Case No. 14-cv-05344(WHP)


JP MORGAN CHASE BANK, N.A., et al.
                Defendant(s)
----------------------------------------------------------x

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, DANIEL ZAMORA requests a Clerk's certificate of entry of default. Within in an accompanying affidavit, I affirm that the party against whom the judgment is sought:

    1) is not an infant or incompetent person;
    2) is not in the military service;
    3) was properly served under the Hague Treaty and proof of service having been filed with the court;
    4) has defaulted in appearance in the above captioned action.

                                                  s/David A. Bellon
                                                  David A.Bellon

                                                  Counsel for Plaintiff(s)