UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANIEL ZAMORA and CGC, INC.,
                                    Plaintiffs,                                   14 **CIVIL** 5344

          -against-                                         **DEFAULT JUDGMENT**

FIT INTERNATIONAL GROUP, CORP.,
FOREX INTERNATIONAL TEAM INC.,
JAIRO ENRIQUE SANCHEZ, and DILIA
MARGARITA BAEZ,
                                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated June 7, 2019, Plaintiffs' objection is overruled. Finding that the remainder of the Report is not clearly erroneous, the Report is adopted it in its entirety. Specifically, Plaintiffs' motion for default judgment is denied as to Forex International; Plaintiffs' motion for default judgment is granted as to Sanchez, Baez, and FIT International based solely on civil RICO violations and denied as to all other claims; Plaintiffs are entitled to $9,724,843.11 in treble damages, for which Sanchez, Baez, and FIT International are jointly and severally liable; and Plaintiffs are entitled to post-judgment interest from the date of entry of judgment pursuant to 28 U.S.C. § 1961. Plaintiffs' request for attorney's fees is denied for the reasons set forth in the Report. However, this Court affords Plaintiffs' counsel an opportunity to substantiate his fee application with contemporaneous time records that specify, for each attorney, the date, the hours expended, and the nature of the work done. N.Y. State Ass'n for Retarded Children, Inc. v. Carey, 711 F.2d 1136, 1147-48 (2d Cir. 1983). Such documentation

shall be submitted to this Court for in camera review by June 21, 2019. Failure to comply will result in denial of the request for attorney's fees.

**Dated:** New York, New York
       June 10, 2019

                                                        RUBY J. KRAJICK
                                                                 **Clerk of Court**
                                  **BY:**
                                                                   **Deputy Clerk**