**LAW OFFICES OF**
**MATTHEW H. HERMAN, ESQ.**

929.335.4221 · www.JudgmentEnforcement.lawyer · New York & New Jersey

Matthew H. Herman
Matthew@HunterHerman.com

January 21, 2021

<u>**VIA ECF**</u>

U.S. District Court, Southern District of New York
500 Pearl Street, Chambers 1920
New York, NY 10007

   Re: <u>**Request for Abstract of Judgment**</u>
     <u>**Case No.: 14-cv-5244**</u>

Dear Clerk:

I have been retained by the plaintiffs, Daniel Zamora and CGC, Inc., to enforce the judgment entered against defendants Dilia Baez, Jairo Sanchez, and FIT International Group Corp on June 10, 2019.

Filed herewith is a proposed abstract of judgment for your office's review and signature so I can docket the judgment in NY Supreme Court. If not uploaded to the docket in this case, please provide a copy of the signed abstract of judgment to my mailing address: PO Box 10188, PMB 21941, Newark, NJ 07101; and, if possible, to my email: Matthew@HunterHerman.com.

Of course, please reach out with any questions or comments. I am available at your convenience.

            Truly yours,

            */s/ Matthew H. Herman*

            Matthew H. Herman, Esq.
            THE LAW OFFICES OF
            MATTHEW H. HERMAN, ESQ.

Mail: PO Box 10188  Offices: 177 Hawthorn Street  39-57 Jefferson Street
   PMB 21941       Massapequa Park, NY 11762 Passaic, NJ 07055
   Newark, NJ 07101     by appointment only (no mail) by appointment only (no mail)